[No. 21859-3-II.   Division Two.   July 2, 1998.]

CHRISTIAN JOHN THOMAS, *Appellant*, v. DONALD E. CRANE,
ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Grays
Harbor County, No. 95-2-00581-7, David E. Foscue, J.,
entered March 21, 1997. *Affirmed* by unpublished opinion
per Morgan, J., concurred in by Seinfeld and Armstrong,
JJ.

[No. 21963-8-II.   Division Two.   July 2, 1998.]

THE STATE OF WASHINGTON, *Respondent*, v. ELANSON R.
AKIN, *Appellant*.

Appeal from a judgment of the Superior Court for Clal-
lam County, No. 96-1-00343-2, William E. Howard, J.,
entered May 9, 1997. *Affirmed* by unpublished opinion per
Morgan, J., concurred in by Seinfeld and Armstrong, JJ.

[No. 22155-1-II.   Division Two.   July 2, 1998.]

GEORGE K. O'NEILL, ET AL., *Respondents*, v. OAKBROOK
GOLF & COUNTRY CLUB, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce
County, No. 97-2-06397-9, Vicki L. Hogan, J., entered June
6, 1997. *Affirmed* by unpublished opinion per Bridgewater,
A.C.J., concurred in by Armstrong and Hunt, JJ.

[No. 22233-7-II.   Division Two.   July 2, 1998.]

THE STATE OF WASHINGTON, *Respondent*, v. CHRISTOPHER
PETTIT, *Appellant*.

Appeal from a judgment of the Superior Court for Pacific
County, No. 97-1-00056-2, Joel M. Penoyar, J., entered July
25, 1997. *Affirmed* by unpublished opinion per Morgan, J.,
concurred in by Seinfeld and Hunt, JJ.